# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | Case No. 1:19-cr-00054 |
|---|---|---|
| v. | ) ) ) | District Judge Curtis L. Collier |
| CHARLES SKIBBE | ) | Magistrate Judge Christopher H. Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 30) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Three of the three-count Indictment; (2) accept Defendant's guilty plea to Counts One and Three of the three-count Indictment; (3) adjudicate Defendant guilty of Count One—distribution of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Count Three—possession of a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 30) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Three of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Three of the three-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One—distribution of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Count Three—possession of a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A)(i);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place before the undersigned on **May 20, 2020, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**